**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **The Industrial Authority of Mayfield-Graves County** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Industrial Authority of Mayfield, KY** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **61-1338416** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **201 East College Street**<br>**Mayfield, KY 42066**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Graves**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **The Industrial Authority of Mayfield-Graves County**                     Case number (if known) _____
        Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        __6110__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | The Industrial Authority of Mayfield-Graves County | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **The Industrial Authority of Mayfield-Graves County**                                    Case number (*if known*) _____
　　　　　Name

☐ $50,001 - $100,000    ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | The Industrial Authority of Mayfield-Graves County | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  4, 2023**
                     MM / DD / YYYY

**X** /s/ Darvin D. Towery
Signature of authorized representative of debtor

**Darvin D. Towery**
Printed name

Title   **Chairman**

**18. Signature of attorney**

**X** /s/ Charity S. Bird
Signature of attorney for debtor

Date **September  4, 2023**
        MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone   **(502) 540-8285**          Email address   **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

**RESOLUTION OF THE BOARD OF
THE INDUSTRIAL AUTHORITY OF MAYFIELD-GRAVES COUNTY**

**August 31, 2023**

The undersigned, as Chairman and on behalf of the Board (the "Board") of **THE INDUSTRIAL AUTHORITY OF MAYFIELD-GRAVES COUNTY** (the "Industrial Authority"), following an executive session of the Board, hereby adopts by written consent the following recitals and resolutions.

**WHEREAS**, the Board has determined that the Industrial Authority does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Board has determined that it is necessary and in the best interests of the Industrial Authority and its creditors, and in furtherance of the Industrial Authority's purposes, for the Industrial Authority to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Darvin Towery, as Chairman of the Industrial Authority, is authorized and directed to execute and deliver all documents necessary to commence the Industrial Authority's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Darvin Towery, as Chairman of the Industrial Authority, is authorized and directed to appear on behalf of the Industrial Authority in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Industrial Authority in connection with its bankruptcy case, provided, however, that Mr. Towery may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Industrial Authority is authorized and directed to employ the law firms of Kaplan Johnson Abate & Bird LLP and Epstein Becker Green P.C. to represent the Industrial Authority in its bankruptcy case.

**Counterparts; Electronic Mail Transmission**

This resolution may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same resolution. This consent may also be executed by electronic mail transmission.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the Chairman of the Board has executed this Resolution on the date first written above.

_____
Darvin Towery, Chairman

**Fill in this information to identify the case:**

Debtor name ___**The Industrial Authority of Mayfield-Graves County**___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF KENTUCKY___

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**September 4, 2023**___   X **/s/ Darvin D. Towery**
                                          Signature of individual signing on behalf of debtor

                                          **Darvin D. Towery**
                                          Printed name

                                          **Chairman**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | The Industrial Authority of Mayfield-Graves County |
|---|---|
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DC Electric of Benton, Inc. 1262 Dyke Road Benton, KY 42025 | | 3155 US St. Rte. 45 Mayfield, KY 42006  Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site | Contingent Unliquidated Disputed | $677,439.20 | $1,600,000.00 | $677,439.20 |
| East & Westbrook Construction Co., Inc. Jonathan Paul Westbrook 4608 Old LaGrange Road Buckner, KY 40010 | | 3155 US St. Rte. 45 Mayfield, KY 42006  Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site | Contingent Unliquidated Disputed | $2,962,433.46 | $1,600,000.00 | $2,962,433.46 |
| Eskola LLC 2418 N Morelock Road Morristown, TN 37814-5580 | | 3155 US St. Rte. 45 Mayfield, KY 42006  Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site | Contingent Unliquidated Disputed | $571,878.75 | $1,600,000.00 | $571,878.75 |

Debtor  **The Industrial Authority of Mayfield-Graves County**    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Federal Materials Company, LLC 2425 Wayne Sullivan Drive Paducah, KY 42003** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$628,145.10** | **$1,600,000.00** | **$628,145.10** |
| **Ferguson Enterprises, Inc. 751 Lakefront Commons Newport News, VA 23606** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$515,695.39** | **$1,600,000.00** | **$515,695.39** |
| **Graves County Economic Development Inc. 201 E College St. Mayfield, KY 42066** | | | | | | **$1,162,874.13** |
| **Hannan Supply Co. Inc. 1565 N. 8th St. Paducah, KY 42001** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$255,260.55** | **$1,600,000.00** | **$255,260.55** |
| **Jim Smith Contracting Company, LLC 1108 Dover Road Grand Rivers, KY 42045** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$1,447,276.55** | **$1,600,000.00** | **$1,447,276.55** |

Debtor __The Industrial Authority of Mayfield-Graves County__        Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marcum Engineering, LLC 500 S. 17th Street Paducah, KY 42002** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$214,290.54** | **$1,600,000.00** | **$214,290.54** |
| **Mills Supply Co. PO Box 19015 Louisville, KY 40259-0015** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$716,307.91** | **$1,600,000.00** | **$716,307.91** |
| **Morsey Constructors, LLC 777 Dr. Smith Lane PO Box 558 Calvert City, KY 42029-0558** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$1,665,958.25** | **$1,600,000.00** | **$1,665,958.25** |
| **Murtco, Inc. 2900 Irvin Cobb Dr Paducah, KY 42003** | | **3155 US St. Rte. 45 Mayfield, KY 42006**<br><br>**Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$3,169,842.64** | **$1,600,000.00** | **$1,569,842.64** |

Debtor **The Industrial Authority of Mayfield-Graves County**          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pinnacle, Inc. Attn: Dennis W. Smith 536 Eagle Lake Drive Benton, KY 42025** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | $13,862,366.18 | $1,600,000.00 | $13,862,366.18 |
| **PMS, Inc. 2620 Old Orchard Jackson, MO 63755-3824** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | $573,032.00 | $1,600,000.00 | $573,032.00 |
| **Power Equipment Co. of Memphis 3050 Broad Ave 38112-3004** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | $325,688.91 | $1,600,000.00 | $325,688.91 |
| **Premier Fire & Security, Inc. 1251 North 6th Street Paducah, KY 42001** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | $296,146.25 | $1,600,000.00 | $296,146.25 |

Debtor **The Industrial Authority of Mayfield-Graves County**          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **R. L. Craig Company, Inc. 1154 Commonwealth Drive Louisville, KY 40299** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$1,128,043.93** | **$1,600,000.00** | **$1,128,043.93** |
| **Shawn Jones Masonry, LLC 300 C.C. Lowry Drive Murray, KY 42071** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$234,654.70** | **$1,600,000.00** | **$234,654.70** |
| **Triangle Enterprises, Inc. 3630 Cairo Road Paducah, KY 42001** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$598,393.00** | **$1,600,000.00** | **$598,393.00** |
| **Wallace Electrical Systems, LLC David Louis Wallace 2853 Ken Gray Blvd Suite 4 West Frankfort, IL 62896** | | **3155 US St. Rte. 45 Mayfield, KY 42006** **Incomplete abandoned buildings on 34.38 acres Former Gencanna Global USA, Inc. site** | **Contingent Unliquidated Disputed** | **$1,190,394.20** | **$1,600,000.00** | **$1,190,394.20** |

**United States Bankruptcy Court**
**Western District of Kentucky**

In re    __The Industrial Authority of Mayfield-Graves County__          Case No. _____

                                    Debtor(s)          Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    __September  4, 2023__          __/s/ Darvin D. Towery__

                         **Darvin D. Towery**/**Chairman**
                         Signer/Title

```
Ackerson & Yann
David B. Blandford
734 West Main Street
Suite 200
Louisville, KY 40202

AVT-Kentucky L.P.
Lord Securities Corporation, Trustee
800 North State Street
Suite 304
Dover, DE 19901

Bacon Farmer Workman Engineering
  & Testing, Inc.
500 S. 17th Street
PO Box 120
Paducah, KY 42002-0120

Barnhart Crane & Rigging Co.
2163 Airways Blvd.
Memphis, TN 38114

Steve Bevan
c/o Boehl Stopher & Graves
Richard Walter
410 Broadway
Paducah, KY 42001

Blankenship & Edwards
Tom Blankenship
909 Main Street
PO Box 571
Benton, KY 42025

Daniel L. Claycamp
c/o Boehl Stopher & Graves
Richard Walter
410 Broadway
Paducah, KY 42001

Cory & Lisa Crowley
890 State Route 534
Hickory, KY 42051

CW Tilt Services, LLC
315 Sandy Bluff Trail
Deland, FL 32724

DC Electric of Benton, Inc.
1262 Dyke Road
Benton, KY 42025
```

Denton Law Firm, PLLC
Alexander D. Blackwell
Glenn D. Denton
PO Box 969
Paducah, KY 42002

Dinsmore & Shohl
Phillip Longmeyer
101 South Fifth Street
Suite 2500
Louisville, KY 40204

Richard Drennen
c/o Boehl Stopher & Graves, LLP
410 Broadway
Paducah, KY 42001

DT2019-2
Lord Securities Corporation, Trustee
800 North State Street
Suite 304
Dover, DE 19901

East & Westbrook Construction Co., Inc.
Jonathan Paul Westbrook
4608 Old LaGrange Road
Buckner, KY 40010

Eddins Domine Law Group, PLLC
R. Gregg Hovious
Gregory L. Taylor
3950 Westport Road
Louisville, KY 40207

Edwards Concrete Construction, Inc.
1550 Yokel Road
Evansville, IN 47711

Epstein Becker & Green, P.C.
1222 Demonbreun Street
Suite 1400
Nashville, TN 37203

Eskola LLC
2418 N Morelock Road
Morristown, TN 37814-5580

The Federal Materials Company, LLC
2425 Wayne Sullivan Drive
Paducah, KY 42003

Ferguson Enterprises, Inc.
751 Lakefront Commons
Newport News, VA 23606

Freeman Mathis & Gary
Barry Miller
2525 Harrodsburg Road
Suite 500
Lexington, KY 40504-3359

Graves County Economic Development Inc.
201 E College St.
Mayfield, KY 42066

Hannan Supply Co. Inc.
1565 N. 8th St.
Paducah, KY 42001

Dustin Hawkins
c/o Grumley Riley & Stewart, P.S.C.
David T. Riley
1634 Broadway
Paducah, KY 42002

Independence Bank
2425 Frederica St.
Owensboro, KY 42301

Integrity / Architecture PLLC
2414 Palumbo Drive
Suite 125
Lexington, KY 40509

Jim Smith Contracting Company, LLC
1108 Dover Road
Grand Rivers, KY 42045

Kentucky League of Cities Ins. Svcs, Inc
101 East Vine St.
Suite 600
Lexington, KY 40507

Keuler, Kelly, Hutchins, Blankenship
 & Sigler, LLP
David L. Kelly
100 S. Fourth St.
Paducah, KY 42001

Keuler, Kelly, Hutchins, Blankenship
 & Sigler, LLP
Thomas J. Keuler
100 S. Fourth St.
Paducah, KY 42001

L&W Supply Corporation
300 S. Riverside Plaza
Suite 200
Chicago, IL 60606

Lee Masonry Products, Inc.
1005 N. Vine Street
Hopkinsville, KY 42240

Long & Long, PLLC
G. Eric Long
908 Poplar Street
PO Box 447
Benton, KY 42025

LSK Inc.
200 Kentex Road
Mayfield, KY 42066

LSK, Inc.
200 Kentex Drive
Mayfield, KY 42066

Matthew Mangone-Miranda
c/o Boehl Stopher & Graves, LLP
Richard Walter
410 Broadway
Paducah, KY 42001

Manion Stigger, LLP
G. Bruce Stigger
Daniel E. Fuchs
500 W. Jefferson, Suite 1610
Louisville, KY 40202

Marcum Engineering, LLC
500 S. 17th Street
Paducah, KY 42002

Mayfield Consumer Products LLC
22 Rifle Trail
Hickory, KY 42051

Mayfield Consumer Products, LLC
112 Industrial Drive
Mayfield, KY 42066

McBrayer, PLLC
Robert E. Maclin or Douglas T. Logsdon
201 East Main Street
Suite 900
Lexington, KY 40507

McMurry & Livingston, PLLC
Kerry D. Smith
PO Box 1700
Paducah, KY 42002-1700

MCP TN, LLC
95 Ball Park St
Somerville, TN 38068-1711

Mid-South Construction Company
PO Box 66
Hickory, KY 42051-0066

Mills Supply Co.
PO Box 19015
Louisville, KY 40259-0015

Morsey Constructors, LLC
777 Dr. Smith Lane
PO Box 558
Calvert City, KY 42029-0558

Murtco, Inc.
2900 Irvin Cobb Dr
Paducah, KY 42003

New Millennium Building Systems LLC
36919 Treasury Center
Chicago, IL 60694-6900

Leland O'Connor
c/o Fowler Bell PLLC
Robert C. Welleford
300 West Vine St., Suite 600
Lexington, KY 40507-1751

OGGUSA, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Pinnacle, Inc.
Attn: Dennis W. Smith
536 Eagle Lake Drive
Benton, KY 42025

PMS, Inc.
2620 Old Orchard
Jackson, MO 63755-3824

Power Equipment Co. of Memphis
3050 Broad Ave
 38112-3004

PRCO America Inc.
150 Hickory Road
Hickory, KY 42051

Premier Fire & Security, Inc.
1251 North 6th Street
Paducah, KY 42001

Travis Propes
22 Rifle Trail
Hickory, KY 42051

Troy Propes
22 Rifle Trail
Hickory, KY 42051

Purchase Area Development District
PO Box 588
Mayfield, KY 42066

R. L. Craig Company, Inc.
1154 Commonwealth Drive
Louisville, KY 40299

Sacco Di Sabbia, Inc.
fka Crawford Sales, Inc
1701 N. Heidelbach Ave.
Evansville, IN 47711

Shawn Jones Masonry, LLC
300 C.C. Lowry Drive
Murray, KY 42071

State Electric Supply Co.
PO Box 5397
2010 2nd Avenue
Huntington, WV 25703

Sturgill, Turner, Barker & Moloney, PLLC
Phillip S. Moloney
Sarah Charles Wright
333 W. Vine Street, Suite 1500
Lexington, KY 40507

Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902

Thermal Equipment Sales, Inc.
680 Bizzell Drive
Lexington, KY 40510

Triangle Enterprises, Inc.
3630 Cairo Road
Paducah, KY 42001

```
True, Guarnieri & Ayer, LLP
Philip C. Lawson
124 Clinton Street
Frankfort, KY 40601

United Community Bank
306 E. North Street
Greenville, SC 29601

Van Deventer Family, LLC
126 Seven Farms Dr.
Suite 110
Charleston, SC 29492

Van Deventer Family, LLC
Attn: Mary Van Deventer Propes
22 Rifle Trail
Hickory, KY 42051

Van Deventer Irrevocable Trust
Willow Street Trust Co. of Wyoming, LLC
PO Box 1905
Jackson, WY 83001

VDV Management Company, LLC
Attn: Troy Propes
126 Seven Farms Drive
Suite 110
Charleston, SC 29492

Vice Baker Donelson
Caldwell G. Collins
Christopher M. Caputo
211 Commerce Street, Suite 800
Nashville, TN 37201

Vulcan Construction Materials, LLC
PO Box 75219
Charlotte, NC 28275-5219

Vulcraft AL
Nucor Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Wallace Electrical Systems, LLC
David Louis Wallace
2853 Ken Gray Blvd
Suite 4
West Frankfort, IL 62896
```

Whitlow, Roberts, Houston & Straub, PLLC
Nicholas M. Holland
PO Box 995
300 Broadway
Paducah, KY 42002-0995

Wilson & Toombs, PLLC
100 WK&T Technology Drive
Suite 402
PO Box 708
Mayfield, KY 42066

Wilson Elser Moskowitz Edelman
  & Dicker LLP
John H. Dwyer, Jr.
100 Mallard Creek Road, Suite 250
Louisville, KY 40207

Wyatt, Tarrant & Combs
Daniel E. Hitchcock
250 West Vine St., Suite 1600
Lexington, KY 40507

Yocum & Neuroth, LLC
Julie A. Neuroth
Thomas R. Yocum
1 Levee Way, Suite 3109
Newport, KY 41071

Zielke Law Firm
Karen Campion Jaracz
462 S. Fourth St., Suite 1250
Louisville, KY 40202

# United States Bankruptcy Court
## Western District of Kentucky

In re   **The Industrial Authority of Mayfield-Graves County**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Industrial Authority of Mayfield-Graves County** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  4, 2023**

Date

/s/ Charity S. Bird

**Charity S. Bird**

Signature of Attorney or Litigant

Counsel for   **The Industrial Authority of Mayfield-Graves County**

**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**