## Exhibit B

*Liquidation Analysis*

The Industrial Authority of Mayfield-Graves County
Case No. 23-50409-acs

**Liquidation Analysis**

| Description | Current Value | Liquidation Value |
|---|---:|---:|
| Cash | $ 241,945 | $ 241,945 |
| Accounts Receivable | $ 227,819 | $ 159,473 |
| Inventory | $ - | $ - |
| Real Property | $ 10,891,200 | $ 5,445,600 |
| Fixed Assets | $ - | $ - |
| Total Property Value | $ 11,360,964 | $ 5,847,018 |
| Less: | | |
| Secured Claims | $ 7,996,838 | $ 5,445,600 |
| **Equity in Property** | $ 3,364,126 | $ 401,418 |
| Less: | | |
| Estimated Chapter 7 Admin Expenses | | $ 23,787 |
| Estimated Chapter 11 Admin Expenses | $ 150,325 | $ 250,000 |
| **Available to General Unsecured** | | $ 127,631 |
| Total Unsecured | $ 1,163,664 | $ 3,714,902 |
| Percent Distribution to General Unsecured | **19.58%** | **3.44%** |

**Details**

| | | |
|---|---:|---:|
| Unsecured Deficiency Claims | $ - | $ 2,551,238.00 |
| Unsecured Priority Claims | $ - | $ - |
| Unsecured Claims | $ 1,163,663.52 | $ 1,163,663.52 |
| Estimated Chapter 7 Admin Expenses | | |
| 11 U.S.C. § 326 Trustee Compensation | | $ 23,320.90 |
| Add'l Trustee Cost as 2% of § 326 Fee | | $ 466.42 |
| Total Estimated Admin Expense | | $ 23,787.32 |