UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| In re:<br><br>THE INDUSTRIAL AUTHORITY OF MAYFIELD-GRAVES COUNTY<br><br>Debtor | Case No. 23-50409-acs<br><br>Chapter 11 |

### AGREED ORDER MODIFYING DEBTOR'S AMENDED PLAN OF REORGANIZATION

Come now, The Industrial Authority of Mayfield-Graves County ("Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), United Community Bank ("UCB"), Pinnacle, Inc. ("Pinnacle"), R.L. Craig Company, Inc. ("R.L. Craig"), Jim Smith Contracting Company, LLC ("Jim Smith"), The Federal Materials Company, LLC ("Federal Materials"), Murtco, Inc. ("Murtco"), Shawn Jones Masonry, Inc. ("Shawn Jones"), D.C. Electric of Benton, Inc. ("D.C. Electric"), and Mills Supply Company, Inc. ("Mills Supply") and hereby file this Agreed Order resolving the pending objections and modifying the Debtor's Amended Plan of Reorganization [Doc. 264], the Court being otherwise sufficiently advised and it is hereby,

**AGREED, ORDERED AND ADJUDGED**:

1. Section 2.1(U) *Effective Date* is hereby amended and restated in its entirety as follows: "The Effective Date is the later of (i) the thirtieth day (30th) day following the Confirmation Date, or (ii) December 31, 2024; provided, however, that if a stay of the Confirmation Order is in effect on that date, the Effective Date shall be the first (1st) Business Day after that date on which no stay of the Confirmation Order is in effect, unless the Confirmation Order has been vacated."

2. Section 3.2(F) is amended to remove Graves County Economic Development Inc. ("GCED") from the Class 3 Unsecured Claims as that claim is waived by GCED. In exchange for the waiver, the IAMGC Creditor Trust (the "Creditor Trust") may not use any of its monies to fund the assertion of any claim against GCED, including any monies that may be placed with, collected by, or disbursed to the Creditor Trust. For clarity, the Creditor Trust may use funds in the Creditor Trust to pursue any D&O claims assigned to the Creditor Trust by the Estate against any former or current board members of the Debtor to the extent of all insurance coverage pursuant to which the Debtor or Debtor D&O may be insured.

3. Section 5.2 makes reference to the execution of addendums modifying the terms of the parties' existing loan documents copies of which are attached as Exhibit A (the "Addendums"), which (among other things and subject to the terms of the Addendums) provide for the release and discharge of any claims for damages arising directly from this Chapter 11 Case. The Amended Plan is amended to reflect each and every amendment or modification in the applicable Addendum. Without limiting the foregoing, said Addendums expressly provide such parties' consent to the releases provided for under "Section 12. Release and Injunction of the Amended Plan." Each holder of a Class 2 Secured Claim has voted in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Plan at the confirmation hearing.

4. Section 6.1 is amended to state: "The Debtor and its Estate have agreed not to object to Claims. If another party in interest files an objection to the allowance of a Claim, said Claim will not become an Allowed Claim unless and until a determination is made by a Final Order of the Bankruptcy Court."

5. Section 8.1 is amended as to section (ii)(a) $150,000.00 payable in annual increments of $50,000 beginning 45 days after the Effective Date in resolution of all disputes regarding the LSK Property, and (ii)(c) to clarify that the D&O causes of action against any former or current directors and officers of Debtor are solely to the extent of available insurance coverage pursuant to which the Debtor or Debtor's directors and officers may be insured.

6. Exhibit 8.1 is replaced with the attached Revised Exhibit 8.1 attached hereto and incorporated herein and Elizabeth Woodward is named as the Trustee of the Creditor Trust. As provided in Section 8.3, following confirmation, Debtor's business operations will continue to be directed and managed by Debtor's Board of Directors and by those individuals hired by Debtor's Board of Directors.

7. Section 12.2(B) *Release by Holders of Claims* is amended to add the following paragraph: "Notwithstanding any other provision in the Plan and for the avoidance of doubt, Released Claims shall not include claims asserted in the case styled *Murtco, Inc. v. GenCanna Global USA Incorporated*, *et. al.*, pending in Graves County Circuit Court, Commonwealth of Kentucky, Civil Action No.: 19-CI-442, against any person or entity other than the Debtor or one of its present or former directors, officers, employees, attorneys, accountants, underwriters, investment bankers, financial advisors, members, or managers."

8. Section 13.7 *Final Decree* is hereby amended and restated in its entirety as follows: "Pursuant to Bankruptcy Rule 3022, the Bankruptcy Court shall enter a final decree on or before June 30, 2025, if there are no motions, contested matters, or proceedings related to this Chapter 11 Case pending before the Bankruptcy Court. The Creditor Trust Trustee may seek to have this deadline shortened or extended by motion to the Court. The Debtor shall pay the U.S. Trustee's required statutory quarterly fee pursuant to 28 U.S.C. § 1930(a)(6)

(the "Trustee Fees") through the date of Confirmation. After the date of Confirmation, Debtor and the Creditor Trust shall each file quarterly post-confirmation reports (PCR) and each pay the Trustee Fees applicable to its disbursements until one of the following occurs: (1) the date of the final decree; (2) the conversion of the case to a case under another chapter; or (3) the dismissal of the case.

9. *Committee Objection to Confirmation of Debtor's Amended Chapter 11 Plan* filed by the Official Committee of Unsecured Creditors (the "Committee's Objection") [Doc. 279] is deemed withdrawn.

10. *United Community Bank's Objection to Confirmation of Amended Chapter 11 Plan of Reorganization* filed by United Community Bank (the "United Community Bank Objection") [Doc. 281] shall be resolved in accordance with the terms of Section 7 of the UCB Addendum relating to the UCB loans and this Court's order confirming the Amended Plan as modified herein.

11. *Pinnacle, Inc.'s Objection to Confirmation of Debtor's Amended Chapter 11 Plan* filed by Pinnacle, Inc. (the "Pinnacle Objection") [Doc. 282] is deemed withdrawn. Pinnacle will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation hearing. By signing below, Pinnacle expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

12. *R.L. Craig Company, Inc.'s Joinder to Objections of the Official Committee of Unsecured Creditors and Pinnacle Inc. to Debtor's Amended Chapter 11 Plan* filed by R.L. Craig Company, Inc. (the "R.L. Craig Objection") [Doc. 283] is deemed withdrawn. R.L. Craig Company, Inc. will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the

Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation hearing. By signing below, R.L. Craig Company expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

13. *Joinder in Objection by Jim smith Contracting Company LLC* filed by Jim Smith Contracting Company, LLC (the "Jim Smith Objection") [Doc. 284] is deemed withdrawn. Jim Smith Contracting Company, LLC will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation hearing. By signing below, Jim Smith Contracting Company expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

14. *The Federal Materials Company LLC's Objection to Confirmation of Debtor's Amended Chapter 11 Plan* filed by The Federal Materials Company LLC (the "Federal Materials Objection") [Doc. 285] is deemed withdrawn. The Federal Materials Company LLC will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation hearing. By signing below, Federal Materials Company expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

15. *Murtco Inc's Objection to Confirmation of Debtor's Amended Chapter 11 Plan* filed by Murtco Inc. (the "Murtco Objection") [Doc. 286] is deemed withdrawn. Murtco, Inc. will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation

Firm:65985207v4

hearing. By signing below, Murtco expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

16. *Shawn Jones Masonry Inc's Objection to Confirmation of Debtor's Amended Chapter 11 Plan* filed by Shawn Jones Masonry Inc. (the "Shawn Jones Objection") [Doc. 287] is deemed withdrawn. Shawn Jones Masonry Inc. will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation hearing. By signing below, Shawn Jones Masoney expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

17. *D.C. Electric of Benton, Inc.'s Objection to Confirmation of Debtor's Amended Chapter 11 Plan* filed by D.C. Electric of Benton, Inc. (the "D.C. Electric Objection") [Doc. 288] is deemed withdrawn. D.C. Electric of Benton, Inc. will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation hearing. By signing below, D.C. Electric of Benton expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

18. *Mills Supply Company, Inc.'s Objection to Confirmation of Debtor's Amended Chapter 11 Plan* filed by Mills Supply Company, Inc. (the "Mills Supply Objection") [Doc. 289] is deemed withdrawn. Mills Supply Company, Inc. will withdraw its ballot rejecting the Amended Plan and will be voting in favor of the Amended Plan or will be casting an oral ballot voting in favor of the Amended Plan at the confirmation hearing. By signing below, Mills Supply Company expressly consents to the releases provided for under "Section 12. Release and Injunction of the Amended Plan" as amended herein.

Firm:65985207v4

19. Nothing contained herein will be considered findings of fact, conclusions of law, collateral estoppel, or res judicata on the state statutory issues raised by the Committee in its pleadings.

20. This Agreed Order and its attachments are intended to be and are expressly made a part of and an amendment to the Debtor's Amended Plan of Reorganization [Doc. 264] for purposes of confirmation.

**IT IS SO ORDERED**.

**Agreed to by:**

/s/ Charity S. Bird
CHARITY S. BIRD
**Kaplan Johnson Abate & Bird, LLP**
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone: 502.540.8285
Email: cbird@kaplanjohnsonlaw.com
*Attorneys for The Industrial Authority of Mayfield-Graves County, Debtor.*

/s/ Thomas E. Roma, Jr.
Thomas E. Roma, Jr.
**Manion Stigger, LLP**
500 W. Jefferson St., Suite 1610
Louisville, Kentucky 40202
Telephone: 502.244.4944
Email: troma@manionstigger.com
*Attorneys for Mills Supply Company, Inc.*

/s/ Ryan K. Cochran
Ryan K. Cochran
EPSTEIN BECKER & GREEN, P.C.
1222 Demonbreun Street, Suite 1400
Nashville, TN 37203
Telephone: 615.564.6060
Email: rcochran@ebglaw.com
*Attorneys for The Industrial Authority of Mayfield-Graves County, Debtor.*

/s/ David L. Kelly
David L. Kelly
**Keuler, Kelly, Hutchins, Blankenship & Sigler, LLP**
100 South 4th Street, Ste. 400
Paducah, Kentucky 42001
Telephone: 270.448.8888
Email: dkelly@kkhblaw.com
*Attorneys for Shawn Jones Masonry Inc.*
*Attorneys for Murtco, Inc.*
*Attorneys for The Federal Materials Company, LLC*

| | |
|---|---|
| */s/ Tom Blankenship* <br> Tom Blankenship <br> **Blankenship & Edwards** <br> P.O. Box 571 <br> Benton, Kentucky 42025 <br> Telephone: 270.527.1444 <br> Email: tom@bedlaw.com <br> *Attorneys for D.C. Electric of Benton, Inc.* | */s/ Kerry D. Smith* <br> Kerry D. Smith <br> **McMurry & Livingston, PLLC** <br> P.O. Box 1700 <br> Paducah, Kentucky 42002 <br> Telephone: 270.443.6511 <br> Email: kerry@ml-lawfirm.com <br> *Attorneys for Jim Smith Contracting Company, LLC* |
| */s/ Andrew D. Stosberg* <br> Andrew D. Stosberg <br> **Gray Ice Higdon, PLLC** <br> 3939 Shelbyville Road, Suite 201 <br> Louisville, Kentucky 40207 <br> Telephone: 502.625.2734 <br> Email: astosberg@grayice.com <br> *Attorneys for R.L. Craig Company, Inc.* | */s/ Douglas T. Logsdon* <br> Douglas T. Logdson <br> **McBrayer PLLC** <br> 201 East Main St., Suite 900 <br> Lexington, Kentucky 40507 <br> Telephone: 859.231.8780 <br> Email: dlogsdon@mcbrayerfirm.com <br> *Attorneys for Pinnacle, Inc.* |
| */s/Edward M. King* <br> Edward M. King <br> **Frost Brown Todd LLP** <br> 400 W. Market St., 32nd Floor <br> Louisville, Kentucky 40202 <br> Telephone: 502.589.5400 <br> Email: tking@fbtlaw.com <br> *Attorneys for United Community Bank* | */s/ Laura Day Delcotto* <br> Laura Day Delcotto <br> **Delcotto Law Group PLLC** <br> 200 North Upper Street <br> Lexington, Kentucky 40507 <br> Telephone: 859.231.5800 <br> Email: ldelcotto@dlgfirm.com <br> *Attorneys for the Official Committee of Unsecured Creditors* |
| */s/ Todd Farmer* <br> Todd Farmer <br> Farmer & Wright, PLLC <br> 4975 Alben Barkley Dr., #1 <br> Paducah, Kentucky 42001 <br> Telephone: 888.530.4003 <br> Email: tfarmer@farmerwright.com <br> *Attorneys for Graves County Economic Development, Inc.* | |